# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

EMANUEL FORD,

        Plaintiff,

v.

CITY OF DETROIT, CITY OF DETROIT POLICE DEPARTMENT, JOHN SVEC, and JOHN DOE,

        Defendants.

Case No. 17-12933
Hon. Terrence G. Berg

## ORDER DENYING PENDING MOTIONS WITHOUT PREJUDICE PENDING SETTLEMENT CONFERENCE

On August 8, 2018, Defendants filed a Motion for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c). ECF No. 13. On September 21, 2018, Plaintiff filed both a Response to Defendants' Motion, ECF No. 18, and a Motion to Amend the Complaint, ECF No. 20. Both Defendants' Motion for Judgment on the Pleadings and Plaintiff's Motion to Amend the Complaint are fully briefed but remain pending. During a telephone conference on October 31, 2018, parties indicated that they would be open to referral to Magistrate Judge Whalen, who is assigned to this case, for a settlement conference.

1

The Court referred the case to Magistrate Judge Whalen on December 4, 2018. ECF No. 27. The parties are scheduled to appear before Judge Whalen for a settlement conference on February 28, 2019. ECF No. 28. In light of this schedule, the Court DENIES WITHOUT PREJUDICE Defendants' Motion for Judgment on the Pleadings (ECF No. 13) and Plaintiff's Motion to Amend the Complaint (ECF No. 19). The parties are given leave to re-file these motions, should they wish to do so, if settlement negotiations are unsuccessful.

**SO ORDERED.**

Dated: December 17, 2018     s/Terrence G. Berg
                             TERRENCE G. BERG
                             UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on December 17, 2018.

                             s/A. Chubb
                             Case Manager