UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EMANUEL FORD,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF DETROIT, ET AL.,<br><br>Defendants. | 2:17-CV-12933-TGB<br><br>ORDER<br><br>HONORABLE<br>TERRENCE G. BERG |

## ORDER OF DISMISSAL

The Court was notified that the parties had reached a resolution in this matter. Therefore, the case will be dismissed.

Accordingly, it is **ORDERED** that the Complaint is **DISMISSED WITHOUT PREJUDICE**. The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement. *See, e.g., Moore v. United States Postal Serv.*, 369 Fed. App'x 712 (6th Cir. 2010).

**SO ORDERED**.DATED this 28th day of January, 2021.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge